**FILED**
**March 11, 2024**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals for the Fifth Circuit

No. 22-10013

United States Court of Appeals
Fifth Circuit
**FILED**
February 15, 2024
Lyle W. Cayce
Clerk

Toni Marie Bullock,

*Plaintiff—Appellant,*

*versus*

The University of Texas at Arlington,

*Defendant—Appellee.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:21-CV-864

_____

Before Davis, Dennis, and Higginson, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

No. 22-10013

IT IS FURTHER ORDERED that appellee pay to appellant the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. *See* FED. R. APP. P. 41(b). The court may shorten or extend the time by order. *See* 5TH CIR. R. 41 I.O.P.



**Certified as a true copy and issued as the mandate on Mar 08, 2024**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**