UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**TONI MARIE BULLOCK,**

   Plaintiff,

v.                                                     No. 4:21-cv-0864-P

**THE UNIVERSITY OF TEXAS AT ARLINGTON,**

   Defendant.

## ORDER

On January 22, 2025, the Court issued a scheduling order and granted a continuance of certain dates therein five days later. ECF Nos. 30, 32. In the order granting continuance, the Court set the deadline for mediation on April 2, 2025. ECF No. 32. The Parties had to file a joint mediation report no more than 7 days later. ECF No. 30 at ¶ 5. Seven days have passed since the mediation deadline, and no mediation report is on file.

"Neither the parties nor their counsel have the authority to stipulate or otherwise agree to changes in the Court's orders regarding discovery or any other scheduling matter unless expressly authorized to do so by Rule or by Court order." *Olgyay v. Soc'y for Envtl. Graphic Design, Inc.*, 169 F.R.D. 219 (D.D.C. 1996). "A court has the inherent power to enforce its scheduling orders and to impose sanctions." *Computer Acceleration Corp. v. Microsoft Corp.*, 481 F. Supp. 2d 620, 624 (E.D. Tex. 2007); FED. R. CIV. P. 16(f).

Therefore, the Court hereby **SETS** a hearing for the Parties to **SHOW CAUSE** why they should not be sanctioned for failing to follow the scheduling order. The hearing will take place at **8:15 a.m. on Thursday, April 24, 2025**, in the Fourth Floor Courtroom of the Eldon B. Mahon United States Courthouse. The Parties and counsel should prepare to do the following:

(1) explain the current status of the case and why the Parties have not complied with the Court's Scheduling Order (ECF No. 30);

(2) state whether mediation has been completed;

(3) if mediation has been completed, then detail the information provided in Paragraph 5 of the Scheduling Order; and

(4) if mediation has not been completed, then provide a detailed explanation why the Parties failed to follow the Court's Scheduling Order and why the Court should not impose sanctions.

**SO ORDERED** on this **14th day of April 2025.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE