UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**TONI MARIE BULLOCK,**

    Plaintiff,

v.                                                                    **No. 4:21-cv-00864-P**

**THE UNIVERSITY OF TEXAS AT
ARLINGTON,**

    Defendant.

## ORDER

The Court received notice that the Parties settled the instant dispute. ECF No. 36. The Court therefore **STAYS** all pending deadlines in this case and **ORDERS** that the Parties shall file the appropriate joint stipulation of dismissal with prejudice **on or before June 2, 2025.**

**SO ORDERED** on this **2nd day of May 2025.**

_Mark T. Pitt_____

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE